United States Courts
Southern District of Texas
FILED

OCT 30 2019

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CRIMINAL NO. 19 CR 786** |
| § | |
| **ALEXANDRA SMOOTS-THOMAS,** § | |
| f/k/a § | |
| **ALEXANDRA SMOOTS-HOGAN,** § | |
| Defendant. § | |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States asks the Court to seal the Indictment against the defendant, this motion, and the Court's corresponding order to seal until the defendant has been taken into custody, at which time the Indictment, this motion, and the Court's order automatically shall be unsealed, as to this defendant.

Additionally, the United States asks the Court to allow the United States to provide copies of the sealed indictment to other law enforcement organizations, including the Federal Bureau of Investigation, in order to assist the United States in taking the defendant into custody.

The United States asks the Court to order the District Clerk to provide copies of the sealed indictment to the United States Attorney's Office and the FBI.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*/s/ John Pearson*
JOHN P. PEARSON
Assistant United States Attorney
U.S. Attorney's Office, S.D. Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: 713-567-9000
john.pearson@usdoj.gov