| | |
|---|---|
| **COURTROOM MINUTES:** | Clerk, U.S. District Court |
| The Honorable Peter Bray Presiding | Southern District of Texas |
| Deputy Clerk: Jason Marchand | Filed 11-8-19 |
| Interpreter Present? ☐ Yes ☑ No   ERO  S. Vivvary | David J. Bradley, Clerk |
| USPT/USPO  D. Hernandez | OPEN 10:29  ADJOURN 10:30 |
| ☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE# | 10:44 – 10:50 |

**PROCEEDING HELD:**
☑ Initial Appearance   ☐ Counsel Determination Hearing   ☐ Status Hearing
☐ Bond Hearing   ☐ Identity   ☐ Hearing Continued on _____
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Other _____

CASE NUMBER ☑ CR ☐ MJ  19-786   Defendant # 1

AUSA  Ted Imperato

Alexandra Smyser-Thomas    Kent Schaffer / Marc Carter

☑ Date of arrest  11-8-19         ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment  ☐ Information  ☐ Complaint
            Violation of   ☐ Supervised Release  ☐ Pretrial Release   ☐ Probation
☑ Defendant  ☐ Material Witness appeared  ☑ with       ☐ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender       ☐ Order appointing private counsel to follow.
      Federal Public Defender Present - _____
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☑ Defendant ___1___ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☑ Unsecured  ☐ $_____ Deposit
☐ Defendant _____ bond set    ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Defendant _____ bond set    ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☑ Defendant(s) ___1___ advised of conditions of release
☑ BOND EXECUTED   ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.
☐ Bond Continued    ☐ Bond reinstated    ☐ Bond Revoked
☑ Defendant ___1___ remanded to custody ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant _____ Waiver of ☐ Preliminary  ☐ Identity  ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds:  ☐ Probable Cause   ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
      ☐ Arraignment          ☐ Counsel Determination Hearing   ☐ Identity Hearing
      ☐ Detention Hearing    ☐ Preliminary Hearing             ☐ Final Revocation Hearing
      ☐ _____ Hearing