HONORABLE PETER BRAY, PRESIDING
DEPUTY CLERK: Jason Marchand         ERO: Yes
INTERPRETER  No         USPO: Yes

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
11-8-19
DAVID J. BRADLEY, Clerk

OPEN: 10:51     ADJOURN: 10:51

CR. No. 19-786     DEFT No. 1     USDJ Hughes

UNITED STATES OF AMERICA

vs.

Alexandro Smyrts-Thomas

Tod Impurnty  AUSA

Kent Schaffer / Mary Carter

## ARRAIGNMENT

[✓] Arraignment held.         ___ Superseding Indictment         ___ Information
[ ] Defts first appearance with counsel.
[✓] Deft enters a plea of not guilty on __4__ counts.
[ ] Waiver of Speedy Trial executed.
[ ] Waiver of Indictment.
[✓] Docket Control Order issued w/cc to parties  ___ to be mailed  ___ not issued
[ ] Bond continued.
[ ] Deft failed to appear, bench warrant to issue.
[✓] Deft REMANDED to the custody of the U.S. Marshal
[ ] Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS: