UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-19-786 |
| Alexandra Smoots-Thomas, | § § | |
| Defendant. | § § | |

## Amended Order Continuing Trial

On Alexandra Smoots-Thomas's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by July 27, 2020.
2. Responses will be filed by August 6, 2020.
3. Pretrial conference is reset to September 8, 2020, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by September 9, 2020.
5. Jury selection and trial are reset to September 15, 2020, at 9:00 a.m.

Signed on February 3, 2020, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge