United States District Court
Southern District of Texas
**ENTERED**
August 12, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| v. | § | Criminal Action No. H-19-786 |
| | § | |
| Alexandra Smoot-Thomas | § | |
| | § | |

## ORDER

The court orders an arrest warrant to be issued for this defendant to be brought before the court to show why her bond should not be revoked.

Signed at Houston, Texas, on August _12_, 2019. *2020*

_____
Peter Bray
United States Magistrate Judge