IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 4:19-cr-00786 |
| ALEXANDRA SMOOTS-THOMAS | § § | |

**UNOPPOSED MOTION REQUESTING A STATUS CONFERENCE**

TO THE HONORABLE LYNN N. HUGHES, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

ALEXANDRA SMOOTS-THOMAS, defendant, by and through her undersigned counsel, respectfully request a status conference be scheduled and for good cause would show as follows:

I.

Both counsel for the defendant and counsel for the government request a status conference to discuss the instant case.

This motion is made, not for the purpose of delay, but that justice may be done. WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully prays that the Court grant this motion and schedule the conference on August 26, 2020, August 28, 2020 or as soon as the court's schedule permits.

Respectfully submitted,

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
KentSchaffer@gmail.com
The Jones on Main
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034

MONICA UDDIN
State Bar No. 24075195
Federal No. 1138459
muddin@azalaw.com
1221 McKinney Street, Suite 2500
Houston, Texas 77010
T: 713-655-1101
F: 713-655-0062

Counsel for Defendant,
ALEXANDRA SMOOTS-THOMAS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:19-cr-00786 |
| | § | |
| ALEXANDRA SMOOTS-THOMAS | § | |

## CERTIFICATE OF CONFERENCE

Counsel for defendant conferred with AUSA Ted Imperato concerning his position on Defendant's Motion Requesting a Status Conference. Mr. Imperato stated that the Government is unopposed to this motion.

/s/ Kent A. Schaffer
Kent A. Schaffer

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of this filing to all registered parties.

/s/ Kent A. Schaffer
Kent A. Schaffer

3