United States District Court  
Southern District of Texas  
**ENTERED**  
August 24, 2020  
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The United States of America, § § | |
| Plaintiff, § § | |
| versus § § | Criminal H-19-786 |
| Alexandra Smoots-Thomas, § § | |
| Defendant. § | |

## Order Setting Hearing

A conference is set for:

September 4, 2020  
at 1:30 p.m.  
Courtroom 11-C, Eleventh Floor  
515 Rusk Avenue  
Houston, Texas 77002

Signed on August 24, 2020, at Houston, Texas.

Lynn N. Hughes  
United States District Judge